1  Robert Mittelstaedt (State Bar No. 060359)
   ramittelstaedt@jonesday.com
2  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
3  David C. Kiernan (State Bar No. 215335)
   dkiernan@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA 94104
   Telephone:   (415) 626-3939
6  Facsimile:   (415) 875-5700

7  Attorneys for Defendant
   MERIDIAN REAL ESTATE INVESTMENT
8  COMPANY II

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN INVESTMENT MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERIDIAN REAL ESTATE INVESTMENT COMPANY II, a Cayman Islands Company. <br><br> Defendants. | Case No. CV-08-2542 MMC <br><br> **CERTIFICATE OF SERVICE** |

SFI-584195v1                                                    Certificate of Service

# PROOF OF SERVICE

I, Lillian Wong, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On May 20, 2008, I served a copy of the within document(s):

1. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (including Standing Orders);**

2. **U.S. DISTRICT COURT NORTHERN CALIFORNIA – ECF REGISTRATION INFORMATION HANDOUT;**

3. **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION (including Notice of Lawsuit and Request for Waiver of Service of Summons; and Waiver of Service of Summons); and**

4. **UNITES STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA WELCOME LETTER AND GUIDELINES**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

SFI-584195v1

- 2 -

Certificate of Service

William J. Ziegler
Douglas A. Applegate
SEILER EPSTEIN ZIEGLER & APPLEGATE
101 Montgomery Street, 27th Floor
San Francisco, CA 94104
Tel: 415-979-0500
Fax: 415-979-0511
Email: wjz@sezalaw.com
Email: daa@sezalaw.com
*Attorneys for Plaintiff*

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on May 20, 2008, at San Francisco, California.

_____
LILLIAN WONG