1  Robert Mittelstaedt (State Bar No. 060359)
   ramittelstaedt@jonesday.com
2  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
3  David C. Kiernan (State Bar No. 215335)
   dkiernan@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:    (415) 626-3939
6  Facsimile:    (415) 875-5700

7  Attorneys for Defendant
   MERIDIAN REAL ESTATE INVESTMENT
8  COMPANY II

9

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12

| MERIDIAN INVESTMENT MANAGEMENT, INC., | Case No. |
|---|---|
| Plaintiff, | DEFENDANT MERIDIAN REAL ESTATE INVESTMENT COMPANY II'S CERTIFICATION OF INTERESTED ENTITIES |
| v. | |
| MERIDIAN REAL ESTATE INVESTMENT COMPANY II, a Cayman Islands Company. | |
| Defendants. | |

   Pursuant to Federal Rule of Civil Pocedure 7.1 and Local Rule 3-16, the undersigned counsel certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

   1.    The Public Institution for Social Security of Kuwait owns more than 10% of Defendant Meridian Real Estate Investment Company II's ("Defendant") stock;

   2.    Al-Mal Investment Co. K.S.C., a publicly-traded company on the Kuwaiti Stock

1  Exchange, owns more than 10% of Defendant's stock;

2      3.    A.H. Al Sager & Bros. W.L.L. owns less than 10% of Defendant's stock; and

3      4.    Nassar Al-Nassar Co. owns less than 10% of Defendant's stock.

4  The undersigned further certifies that Defendant is not a publicly-traded company.

6  Dated: May 20, 2008

Respectfully submitted,

Jones Day

By: _____
David C. Kiernan

Counsel for Defendant
Meridian Real Estate Investment
Company II