1  Robert Mittelstaedt (State Bar No. 060359)
   ramittelstaedt@jonesday.com
2  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
3  David C. Kiernan (State Bar No. 215335)
   dkiernan@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:    (415) 626-3939
6  Facsimile:    (415) 875-5700

7  Attorneys for Defendant
   MERIDIAN REAL ESTATE INVESTMENT
8  COMPANY II

9

          UNITED STATES DISTRICT COURT
10
          NORTHERN DISTRICT OF CALIFORNIA
11

12

13  MERIDIAN INVESTMENT            Case No.
    MANAGEMENT, INC.,
                                   CERTIFICATE OF SERVICE
14           Plaintiff,

15      v.

16  MERIDIAN REAL ESTATE
    INVESTMENT COMPANY II, a Cayman
17  Islands Company; and DOES 1 through 10,
    inclusive,
18
             Defendants.
19

20

21

22

23

24

25

26

27

28

SFI-584167v1                                    Certificate of Service

# PROOF OF SERVICE

(CCP §§ 1013a, 2015.5)

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF SAN FRANCISCO )

I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: **555 California Street, 26th Floor, San Francisco, California 94104-1500.**

On May 20, 2008, I served the foregoing document(s):

1. **CIVIL COVER SHEET;**

2. **DEFENDANT MERIDIAN REAL ESTATE INVESTMENT COMPANY II'S CERTIFICATION OF INTERESTED ENTITIES**

3. **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441**

on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

William J. Ziegler
Douglas A. Applegate
SEILER EPSTEIN ZIEGLER & APPLEGATE
101 Montgomery Street, 27th Floor
San Francisco, CA 94104
Tel: 415-979-0500
Fax: 415-979-0511
*Attorneys for Plaintiff*

[XX]   **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **VIA FACSIMILE TRANSMISSION (COURTESY COPY):** I caused such document to be transmitted from facsimile number (415) 875-5700 to the facsimile machine(s) of the party(ies) listed on the attached service list prior to 5:00 p.m. on the date specified above. The facsimile machine I used was in compliance with California Rule of Court 2003(3) and the transmission was reported as complete and without error. Pursuant to California Rule of Court 2208(e)(4), I caused a copy of the transmission report to be properly issued by the transmitting facsimile machine, and a copy of the transmission report is attached hereto. The parties have agreed in writing to service of the document listed above by facsimile.

1  [ ]  **BY PERSONAL SERVICE:** I delivered such envelope to the offices of the addressee(s) with delivery time prior to 5:00 p.m. on the date specified above.

2  [ ]  **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3  [XX] **FEDERAL** I declare that I am employed within the office of a member of the bar of this Court at whose direction the service was made.

Executed on **May 20, 2008**, at San Francisco, California.

_____
LILLIAN WONG

SFI-584167v1

- 3 -

Certificate of Service