William J. Ziegler (SBN 041203)
Douglas A. Applegate (SBN 142000)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
101 Montgomery Street, 27th Floor
San Francisco, California 94104
Phone: (415) 979-0500
Fax:     (415) 979-0511

Attorneys for Plaintiff
Meridian Investment Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN INVESTMENT MANAGEMENT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MERIDIAN REAL ESTATE INVESTMENT COMPANY II, a Cayman Islands company; and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No. C 08-02542 MMC<br><br>**DEMAND FOR JURY** |

DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: May 22, 2008

**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**

By:_____
    Douglas A. Applegate

Attorneys for Plaintiff
Meridian Investment Management, Inc.