William J. Ziegler (SBN 041203)
Douglas A. Applegate (SBN 142000)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
101 Montgomery Street, 27th Floor
San Francisco, California 94104
Phone:  (415) 979-0500
Fax:      (415) 979-0511

Attorneys for Plaintiff
Meridian Investment Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN INVESTMENT MANAGEMENT, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>MERIDIAN REAL ESTATE INVESTMENT COMPANY II, a Cayman Islands company; and DOES 1 through 10, inclusive,<br><br>            Defendants, | Case No.  C 08-02542 MMC<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>**(LOCAL RULE 3-16)** |

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    Ken Tailo, an individual, owns more than 10% of the stock of plaintiff Meridian Investment Management, Inc.

1  Plaintiff is not a publicly traded company.

2  This disclosure is also submitted pursuant to Federal Rule of Civil Procedure
3  Rule 7.1.

4  Dated: May 22, 2008

**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**

By:_____
      Douglas A. Applegate

Attorneys for Plaintiff
Meridian Investment Management, Inc.

CERTIFICATE OF INTERESTED PARTIES