Robert Mittelstaedt (State Bar No. 060359)
ramittelstaedt@jonesday.com
Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
MERIDIAN REAL ESTATE INVESTMENT
COMPANY II

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MERIDIAN INVESTMENT MANAGEMENT, INC., a Delaware Corporation**<br><br>**Plaintiff,**<br><br>v.<br><br>**MERIDIAN REAL ESTATE INVESTMENT COMPANY II, a Cayman's Island Company**<br><br>**Defendant.** | Case No. C 08-02542 MMC<br><br>**ADR CERTIFICATION BY FUND II AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 14, 2008                         Meridian Real Estate Investment Company II


By: /s/ Ahmed El Khatib
    Ahmed El Khatib

Liquidator of Meridian Real Estate
Investment Company II


Dated: August 14, 2008                         Jones Day


By: /s/ David C. Kiernan
    David C. Kiernan

Counsel for Defendant
MERIDIAN REAL ESTATE INVESTMENT
COMPANY II