1   Robert Mittelstaedt (State Bar No. 060359)
    ramittelstaedt@jonesday.com
2   Shawn Hanson (State Bar No. 109321)
    shanson@jonesday.com
3   David C. Kiernan (State Bar No. 215335)
    dkiernan@jonesday.com
4   JONES DAY
    555 California Street, 26th Floor
5   San Francisco, CA 94104
    Telephone:    (415) 626-3939
6   Facsimile:    (415) 875-5700

7   Attorneys for Defendant
    MERIDIAN REAL ESTATE INVESTMENT
8   COMPANY II

9

10                     UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13   **MERIDIAN INVESTMENT**          **Case No. C 08-02542 MMC**
    **MANAGEMENT, INC., a Delaware**
14   **Corporation**                 **NOTICE OF MOTION AND**
                     **MOTION TO CONTINUE INITIAL**
15           **Plaintiff,**        **CASE MANAGEMENT**
                     **CONFERENCE**
16       **v.**

17   **MERIDIAN REAL ESTATE**
    **INVESTMENT COMPANY II, a**
18   **Cayman's Island Company**

19          **Defendant.**

20

21

22

23

24

25

26

27

28

TO THE COURT AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Meridian Real Estate Investment Company II ("FUND II") hereby moves this Court for an order continuing the Initial Case Management Conference ("CMC") to sixty days after this Court's rules on FUND II's motion to dismiss.

**A.    The reasons for the requested enlargement or shortening of time, including the substantial harm or prejudice that would occur if the Court did not change the time for the CMC.**

Plaintiff Meridian Investment Management, Inc. filed its initial complaint on March 28, 2008 seeking damages for breach of the covenant of good faith and fair dealing and defamation. (Doc. 1.)  The Court's May 20, 2008 Order Setting Initial Case Management Conference and ADR Deadlines ("May 20, 2008 Order") set the Initial CMC for September 5, 2008.  (Doc. 5, a true and correct copy of which is attached as Exhibit A.)  The Order further sets August 29, 2008 as the last day to file the Rule 26(f) Report, to serve initial disclosures or state objections to serving initial disclosures, and to file a Case Management Statement.  The Order also provides that "[i]f the Initial Case Management Conference is continued, the other deadlines are continued accordingly."

On July 9, 2008, this Court dismissed MIM's initial complaint in its entirety with leave to amend only the defamation claim as set forth in the Court's July 9, 2008 Order.  (Doc. 14.)  MIM filed a First Amended Complaint on July 25, 2008, seeking damages for defamation based on three communications allegedly made by FUND II.  (Doc. 15.)  On August 21, 2008, FUND II filed a motion to dismiss requesting an order dismissing with prejudice MIM's First Amended Complaint in its entirety for failure to state a claim.  (Doc. 19.)  Among other things, FUND II's motion to dismiss demonstrates that MIM's complaint should be dismissed with prejudice because none of the statements relied upon by MIM is susceptible to a defamatory meaning.  The hearing on FUND II's motion to dismiss is set for September 26, 2008.  (*Id.*)

Courts have consistently stayed discovery where a dispositive motion is pending.  *See, e.g., Jarvis v. Regan*, 833 F.2d 149, 155 (9th Cir. 1987); *B.R.S. Land Investors v. United States,*

1  596 F.2d 353, 356 (9th Cir. 1979); *Patterson v. United States Postal Serv.*, 901 F.2d 927, 929

2  (11th Cir. 1990).  Continuing the CMC and the other deadlines in the May 20, 2008 Order is

3  warranted because FUND II's motion to dismiss the First Amended Complaint will completely

4  dispose of this case.  Moreover, it will allow the parties to avoid substantial and unnecessary

5  expenditures of time and resources, as the parties will no longer be required to complete initial

6  disclosures or a joint CMC statement, both which may be rendered moot by the Court's decision

7  on FUND II's motion to dismiss.  Setting the CMC after the Court decides FUND II's motion to

8  dismiss will also ensure a more productive CMC, as the parties will know exactly what claims are

9  left in the case, if any.  Finally, continuing the CMC and the other deadlines will not prejudice

10 Plaintiff.  In short, postponing the CMC will prevent wasting the time and effort of all concerned

11 and make the most efficient use of judicial resources.  (*See* Kiernan Decl. ¶¶ 2-3, Ex. B.)

12 **B.      Efforts FUND II has made to obtain a stipulation to the time change.**

13         FUND II has attempted to meet and confer with MIM about this motion.  On August 14,

14 2008, during a meet and confer about ADR process selection, the undersigned counsel for FUND

15 II informed MIM's counsel that FUND II would file a motion to dismiss on August 21, 2008 and

16 asked MIM's counsel to stipulate to continue the Initial CMC while the motion to dismiss was

17 pending.  The undersigned counsel explained that continuing the CMC would save both parties

18 the time and expense of serving initial disclosures and drafting and filing a Rule 26(f) Report and

19 Joint Case Management Statement.  Mr. Applegate stated that he needed to obtain client approval.

20 The undersigned counsel told MIM's counsel that he would send a proposed Consent Order

21 continuing the Initial CMC.  (*See* Kiernan Decl. ¶ 4.)

22         On August 15, 2008, the undersigned counsel sent MIM's counsel two emails attaching a

23 proposed Consent Order continuing the Initial Case Management Conference.  After not receiving

24 a response from MIM, the undersigned counsel sent an email on August 18, 2008 and August 20,

25 2008, requesting comments from MIM's counsel.  On August 21, 2008, MIM's counsel sent an

26 email that stated that this Court had taken the Initial Case Management Conference off calendar.[1]

27 ─────────────────────
           [1] This action was originally filed in the Superior Court of California.  On August 21,
28 2008, FUND II received an Order from the Superior Court of California taking the case
   management conference off calendar for this action.  (*See* Kiernan Dec. ¶ 8.)

Motion To Continue CMC
C 08-02542 MMC

1    That afternoon, FUND II informed MIM's counsel that FUND II found no indication that this

2    Court had continued the CMC and that, accordingly, the parties should file a stipulation, and

3    requested comments on the draft stipulation.  MIM's counsel has not responded.  (*See* Kiernan

4    Decl. ¶¶ 5-9.)

5    **C.      All previous time modifications in the case, whether by stipulation or Court**

6    **order.**

7            FUND II's responsive pleading or Rule 12 motion to MIM's First Amended Complaint

8    was initially due August 11, 2008.  On August 8, 2008, the parties stipulated to extend the time

9    within which FUND II's responsive pleading or Rule 12 motion was due to August 21, 2008.

10   (*See* Kiernan Decl. ¶¶ 10.)

11   **D.      The effect the requested time modification would have on the schedule for the case.**

12           Pursuant to this Court's May 20, 2008 Order, continuing the CMC will continue all of the

13   other deadlines in the May 20, 2008 accordingly.  (May 20, 2008 Order; *see* Kiernan Decl. ¶¶ 11.)

14           FUND II respectfully requests an Order continuing the CMC to sixty days after this

15   Court's rules on FUND II's motion to dismiss.

16   Dated: August 25, 2008                      Jones Day

17

18                                               By: /s/ David C. Kiernan

19                                                   David C. Kiernan

20                                               Counsel for Defendant
                                                 MERIDIAN REAL ESTATE INVESTMENT
21                                               COMPANY II

22

23

24

25

26

27

28

# EXHIBIT A

UNITED STATES  DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MERIDIAN INVESTMENT,

      Plaintiff (s),

    v.

MERIDIAN REAL ESTATE INVESTMENT,
    Defendant(s).

No. **C 08-02542 MMC**

**ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE AND
ADR DEADLINES**

      IT IS HEREBY ORDERED that this action is assigned to the Honorable Maxine M. Chesney.
When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all
other parties a copy of this order   and all other documents specified in Civil Local Rule 4-2.  Counsel
must comply with the case schedule listed below unless the Court otherwise orders.

      IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution
(ADR) Multi-Option Program governed by ADR Local Rule 3.  Counsel and clients shall familiarize
themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern
District of California" on the Court ADR Internet site at www.adr.cand.uscourts.gov.  A limited number
of printed copies are available from the Clerk's Office for parties in cases not subject to the court's
Electronic Case Filing program (ECF).

## CASE SCHEDULE -ADR MULTI-OPTION PROGRAM

| Date | Event | Governing Rule |
|------|-------|----------------|
| 5/20/2008 | Notice of removal filed | |
| 8/15/2008 | *Last day to: <br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP_26(f) & ADR L.R.3-5 |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil_L.R. 16-8 |
| 8/29/2008 | *Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at  http://www.cand.uscourts.gov) | FRCivP 26(a) (1) <br>Civil _L.R . 16-9 |
| 9/5/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC)  in Ctrm 7, 19th Floor at 10:30 AM | Civil_L.R.  16-10 |

\*  If the Initial Case Management Conference is continued, the other deadlines are continued
accordingly.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | NO. C-        MMC |
| | ) | |
| vs. | ) | |
| | ) | CASE MANAGEMENT |
| | ) | CONFERENCE ORDER |
| | ) | |
| Defendant(s), | ) | |
| | ) | |

IT IS HEREBY ORDERED that, pursuant to Rule 16(b), Federal Rules of Civil Procedure, and Civil L.R. 16-2, a Case Management Conference will be held in this case before the Honorable Maxine M. Chesney on _____at 10:30 a.m. in Courtroom No. 7, 19th floor Federal Building.

Plaintiff(s) shall serve copies of this Order and the Court's Standing Orders at once on all parties to this action, and on any parties subsequently joined, in accordance with the provisions of Fed.R.Civ.P. 4 and 5.   Following service, plaintiff(s) shall file a certificate of service with the Clerk of this Court.

Counsel are directed to confer in advance of the Case Management Conference with respect to all of the agenda items listed in the *Standing Order for All Judges of the Northern District of California/Contents of Joint Case Management Statement.* Not less than seven days before the conference, counsel shall file a joint case management statement addressing each agenda item.  Failure to file a joint statement shall be accompanied by a signed declaration setting forth the grounds for such failure.

*Each party shall be represented at the Case Management Conference by counsel* prepared to address all of the matters referred to in this Order, and with authority to enter stipulations and make admissions pursuant to this Order.

Any request to reschedule the above dates shall be made in writing, and, if

possible, by stipulation. Unless impracticable, such request shall be made not less than ten days before the conference date.  Good cause must be shown.

Failure to comply with this Order or the Local Rules of this Court may result in sanctions.  See Fed.R.Civ.P. 16(f); Civil L.R. 1-4.

IT IS SO ORDERED.

Dated:  February 27, 2007.

MAXINE M. CHESNEY
United States District Judge

## STANDING ORDERS FOR CIVIL CASES
## ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY

Counsel shall consult and comply with all provisions of the Local Rules relating to continuance, motions, briefs, and all other matters, unless superseded by these Standing Orders.

**Electronic Case Filing - Lodging Hard Copies for Chambers**

In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked "Chambers Copy" and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and "E-Filing Chambers Copy."

**Scheduling Days:**

a.    Criminal Law and Motion Calendar is conducted on Wednesdays at 2:30 p.m.
b.    Civil Law and Motion Calendar is conducted on Fridays at 9:00 a.m.
c.    Case Management Conferences are conducted on Fridays at 10:30 a.m., with order of call determined by the Court.
d.    Pretrial conferences are generally conducted on Tuesday afternoons at 3:00 p.m.
e.    Counsel need not reserve a hearing date for motions, but noticed dates may be reset as the Court's calendar requires.

**Proposed Orders Required:**  Each party filing or opposing a motion shall also serve and file a proposed order which sets forth the relief or action sought and a short statement of the rationale of decision, including citation of authority, that the party requests the Court to adopt.

**Discovery:** Discovery motions will be referred to a Magistrate Judge.

**Procedural Matters:**  Parties seeking to continue hearings, request special status conferences, modify briefing schedules, or make other procedural changes shall submit a signed stipulation and proposed order, or, if stipulation is not possible, an administrative request in accordance with Civil Local Rule 7-11. *In either case, no changes in the Court's schedule or procedures shall be made except by signed order of the Court and only upon a showing of good cause.*

**Service of Standing Orders:** Plaintiff is directed to serve copies of these standing orders at once upon all parties to this action and upon those subsequently joined, in accordance with the provisions of Rules 4 and 5, Federal Rules of Civil Procedure, and to file with the Clerk of the Court a certificate reflecting such service.

IT IS SO ORDERED.

Maxine M. Chesney

## STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

### CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

Commencing March 1, 2007, all judges of the Northern District of California will require the identical information in Joint Case Management Statements filed pursuant to Civil Local Rule 16-9. The parties must include the following information in their statement which, except in unusually complex cases, should not exceed ten pages:

1.    <u>Jurisdiction and Service</u>:  The basis for the court's subject matter jurisdiction over plaintiff's claims and defendant's counterclaims, whether any issues exist regarding personal jurisdiction or venue, whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service.

2.    <u>Facts</u>: A brief chronology of the facts and a statement of the principal factual issues in dispute.

3.    <u>Legal Issues</u>: A brief statement, without extended legal argument, of the disputed points of law, including reference to specific statutes and decisions.

4.    <u>Motions</u>: All prior and pending motions, their current status, and any anticipated motions.

5.    <u>Amendment of Pleadings</u>: The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.

6.    <u>Evidence Preservation</u>: Steps taken to preserve evidence relevant to the issues reasonably evident in this action, including interdiction of any document-destruction program and any ongoing erasures of e-mails, voice mails, and other electronically-recorded material.

7.    <u>Disclosures</u>: Whether there has been full and timely compliance with the initial disclosure requirements of Fed. R. Civ. P. 26 and a description of the disclosures made.

8.    <u>Discovery</u>: Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, and a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f).

9.    <u>Class Actions</u>: If a class action, a proposal for how and when the class will be certified.

10.    <u>Related Cases</u>: Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

11.    <u>Relief</u>: All relief sought through complaint or counterclaim, including the amount of any

damages sought and a description of the bases on which damages are calculated. In addition, any party from whom damages are sought must describe the bases on which it contends damages should be calculated if liability is established.

12.    Settlement and ADR: Prospects for settlement, ADR efforts to date, and a specific ADR plan for the case, including compliance with ADR L.R. 3-5 and a description of key discovery or motions necessary to position the parties to negotiate a resolution.

13.    Consent to Magistrate Judge For All Purposes: Whether all parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.

14.    Other References: Whether the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15.    Narrowing of Issues: Issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims, or defenses.

16.    Expedited Schedule: Whether this is the type of case that can be handled on an expedited basis with streamlined procedures.

17.    Scheduling: Proposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial.

18.    Trial: Whether the case will be tried to a jury or to the court and the expected length of the trial.

19.    Disclosure of Non-party Interested Entities or Persons: Whether each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16. In addition, each party must restate in the case management statement the contents of its certification by identifying any persons, firms, partnerships, corporations (including parent corporations) or other entities known by the party to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

20.    Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.

EXHIBIT B

1    Robert Mittelstaedt (State Bar No. 060359)
     ramittelstaedt@jonesday.com
2    Shawn Hanson (State Bar No. 109321)
     shanson@jonesday.com
3    David C. Kiernan (State Bar No. 215335)
     dkiernan@jonesday.com
4    JONES DAY
     555 California Street, 26th Floor
5    San Francisco, CA 94104
     Telephone:    (415) 626-3939
6    Facsimile:    (415) 875-5700

7    Attorneys for Defendant
     MERIDIAN REAL ESTATE INVESTMENT
8    COMPANY II

9

                       UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11

12
     **MERIDIAN INVESTMENT**                    Case No. C 08-02542 MMC
13   **MANAGEMENT, INC., a Delaware**
     **Corporation**                            **DECLARATION OF DAVID C.**
14                                              **KIERNAN IN SUPPORT OF**
                  **Plaintiff,**                **DEFENDANT'S MOTION TO**
15                                              **CONTINUE THE INITIAL CASE**
           v.                                   **MANAGEMENT CONFERENCE**
16
     **MERIDIAN REAL ESTATE**
17   **INVESTMENT COMPANY II, a**
     **Cayman's Island Company**
18
                  **Defendant.**
19

20          I, David C. Kiernan, declare as follows:

21          1.      I am a member of the State Bar of California and an associate with Jones Day,

22   counsel of record for Defendant Meridian Real Estate Investment Co. II in the above-styled

23   action.  I make this declaration in support of Defendant's Motion Continue The Initial Case

24   Management Conference ("CMC").  The following is based on my personal knowledge, and, if

25   called as a witness, I could and would competently testify thereto.

26

27

28

1       <u>The reasons for the requested enlargement or shortening of time, including the substantial</u>

2       <u>harm or prejudice that would occur if the Court did not change the time for the CMC.</u>

3               2.      Continuing the CMC will allow the parties to avoid substantial and unnecessary

4       expenditures of time and resources, as the parties will no longer be required to complete initial

5       disclosures or a joint CMC statement while FUND II's motion to dismiss is pending, both which

6       may be rendered moot by the Court's decision on FUND II's motion to dismiss.

7               3.      Setting the CMC after the Court decides FUND II's motion to dismiss will also

8       ensure a more productive CMC, as the parties will know exactly what claims are left in the case,

9       if any.

10              <u>Efforts FUND II has made to obtain a stipulation to the time change.</u>

11              4.      FUND II has attempted to meet and confer with Plaintiff about this motion.  On

12      August 14, 2008, I talked to Douglas Applegate, counsel for MIM, on the telephone to meet and

13      confer about the ADR process selection.  During the call, I told Mr. Applegate that FUND II

14      would file a motion to dismiss on August 21, 2008 and asked whether Mr. Applegate would

15      stipulate on behalf of MIM to continue the CMC while FUND II's motion to dismiss was

16      pending.  I explained that continuing the CMC would save both parties the time and expense of

17      serving initial disclosures and drafting and filing a Rule 26(f) Report and Joint Case Management

18      Statement.  Mr. Applegate stated that he needed to obtain client approval.  I told Mr. Applegate

19      that I would send him a proposed Consent Order continuing the Initial CMC.

20              5.      On August 15, 2008, I sent Mr. Applegate two emails attaching a proposed

21      Consent Order continuing the Initial CMC and asked for comments.  (True and correct copies are

22      attached as Exs. 1-2.)

23              6.      After not receiving a response, I sent emails on August 18, 2008 and August 20,

24      2008, requesting comments from MIM.  (A true and correct copy is attached as Exs. 3-4.)

25              7.      On August 21, 2008, I received an email from Mr. Applegate that stated that this

26      Court had taken the Initial Case Management Conference off calendar.  (A true and correct copy

27      is attached as Ex. 5.)

28              8.      On August 21, 2008, I received an Order from the Superior Court of California

1   taking the case management conference off calendar for this action. (A true and correct copy is

2   attached as Ex. 6.)

3       9.      That afternoon, I sent an email to Mr. Applegate stating that I found no indication

4   that this Court had continued the CMC and that, accordingly, the parties should file a stipulation,

5   and requested comments on the draft stipulation. (A true and correct copy is attached as Ex. 7.)

6   MIM has not responded to my August 21, 2008 email.

7       All previous time modifications in the case, whether by stipulation or Court order.

8       10.     FUND II's responsive pleading or Rule 12 motion to MIM's First Amended

9   Complaint was initially due August 11, 2008. On August 8, 2008, the parties stipulated to extend

10  the time within which FUND II's responsive pleading or Rule 12 motion was due to August 21,

11  2008. (A true and correct copy of the email memorializing the stipulation is attached as Ex. 8.)

12      The effect the requested time modification would have on the schedule for the case.

13      11.     The Court's May 20, 2008 Order states, "[i]f the Initial Case Management

14  Conference is continued, the other deadlines are continued accordingly." (Doc. 5, a true and

15  correct copy is attached as Ex. A to FUND II's Motion To Continue the Initial CMC.)

16      I declare under penalty of perjury under the law of the United States that the foregoing is

17  true and correct. Executed August 25, 2008.

18

19

20              By:     /S/ David C. Kiernan
                        David C. Kiernan

21

22

23

24

25

26

27

28

SFI-590753v1

Kiernan Declaration
C 08-02542 MMC

**David Kiernan/JonesDay**
Extension 3-5745

08/15/2008 10:26 AM

To  daa@sezalaw.com

cc

bcc

Subject  Draft Consent Order



SFI_589960_1_Stipulation regarding Initial Case Management Conference.DOC

David C. Kiernan
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Phone (415) 875-5745
Fax (415) 875-5700

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected
by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system
without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

**Exhibit 1**

1   Robert Mittelstaedt (State Bar No. 060359)
ramittelstaedt@jonesday.com

2   Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com

3   David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com

4   JONES DAY
555 California Street, 26th Floor

5   San Francisco, CA 94104
Telephone:   (415) 626-3939

6   Facsimile:   (415) 875-5700

7   Attorneys for Defendant
MERIDIAN REAL ESTATE INVESTMENT

8   COMPANY II

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MERIDIAN INVESTMENT MANAGEMENT, INC., a Delaware Corporation**<br><br>**Plaintiff,**<br><br>v.<br><br>**MERIDIAN REAL ESTATE INVESTMENT COMPANY II, a Cayman's Island Company**<br><br>**Defendant.** | Case No. C 08-02542 MMC<br><br>**CONSENT ORDER REGARDING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

WHEREAS, the Court's May 20, 2008 Order Setting Initial Case Management Conference and ADR Deadlines ("May 20, 2008 Order"), set August 29, 2008 as the last day to file the Rule 26(f) Report, to serve initial disclosures or state objections to serving initial disclosures, and to file a Case Management Statement;

WHEREAS, the Court's May 20, 2008 Order set the Initial Case Management Conference for September 5, 2008;

WHEREAS, the Court's May 20, 2008 Order provides that "[i]f the Initial Case Management Conference is continued, the other deadlines are continued accordingly";

Consent Order Re: Initial Case Management
Conference
C 08-02542 MMC

1    WHEREAS, on July 9, 2008, this Court dismissed Plaintiff Meridian Investment

2  Management, Inc.'s ("MIM") initial complaint with leave to amend as set forth in the Court's

3  July 9, 2008 Order;

4    WHEREAS, MIM filed a First Amended Complaint on July 25, 2008;

5    WHEREAS, Meridian Real Estate Investment Company II's ("FUND II") responsive

6  pleading or Rule 12 motion to MIM's First Amended Complaint is due August 21, 2008;

7    The Initial Case Management Conference (CMC) shall be continued to sixty (60) days

8  after FUND II files an answer and that the other deadlines in the May 20, 2008 Order are

9  continued accordingly.

10

11 Dated: August ___, 2008                    Jones Day

12

13                                            By: /s/
                                                  David C. Kiernan

14                                            Counsel for Defendant
15                                            MERIDIAN REAL ESTATE INVESTMENT
                                              COMPANY II
16

17 Dated: August ___, 2008

18

19                                            By: /s/
                                                  Douglas A. Applegate
20

21                                            Counsel for Plaintiff
                                              MERIDIAN INVESTMENT
22                                            MANAGEMENT, INC.

23

24    **IT IS SO ORDERED.**

25 Dated: August ___, 2008

26                                            _____
                                              The Honorable Maxine M. Chesney
                                              United States District Judge
27                                            Northern District of California

28

**David Kiernan/JonesDay**
Extension 3-5745
08/15/2008 02:36 PM

To  daa@sezalaw.com
cc
bcc
Subject  Fw: Draft Consent Order

Let me know if you have any comments.  I am going to leave at about 6:00 and would like to get it filed before then.  Thanks much

David C. Kiernan
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Phone (415) 875-5745
Fax (415) 875-5700
----- Forwarded by David Kiernan/JonesDay on 08/15/2008 02:35 PM -----

**David Kiernan/JonesDay**
Extension 3-5745
08/15/2008 10:26 AM

To  daa@sezalaw.com
cc
Subject  Draft Consent Order



SFI_589960_1_Stipulation regarding Initial Case Management Conference.DOC

David C. Kiernan
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Phone (415) 875-5745
Fax (415) 875-5700

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

**Exhibit 2**

1  Robert Mittelstaedt (State Bar No. 060359)
   ramittelstaedt@jonesday.com
2  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
3  David C. Kiernan (State Bar No. 215335)
   dkiernan@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:    (415) 626-3939
6  Facsimile:    (415) 875-5700

7  Attorneys for Defendant
   MERIDIAN REAL ESTATE INVESTMENT
8  COMPANY II

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12
   **MERIDIAN INVESTMENT**              **Case No. C 08-02542 MMC**
13 **MANAGEMENT, INC., a Delaware**
   **Corporation**                      **CONSENT ORDER REGARDING**
14                                       **INITIAL CASE MANAGEMENT**
                **Plaintiff,**           **CONFERENCE AND ADR**
15                                       **DEADLINES**
         v.
16
   **MERIDIAN REAL ESTATE**
17 **INVESTMENT COMPANY II, a**
   **Cayman's Island Company**
18
                **Defendant.**
19

20

21        WHEREAS, the Court's May 20, 2008 Order Setting Initial Case Management

22 Conference and ADR Deadlines ("May 20, 2008 Order"), set August 29, 2008 as the last day to

23 file the Rule 26(f) Report, to serve initial disclosures or state objections to serving initial

24 disclosures, and to file a Case Management Statement;

25        WHEREAS, the Court's May 20, 2008 Order set the Initial Case Management Conference

26 for September 5, 2008;

27        WHEREAS, the Court's May 20, 2008 Order provides that "[i]f the Initial Case

28 Management Conference is continued, the other deadlines are continued accordingly";

Consent Order Re: Initial Case Management
Conference
C 08-02542 MMC

1    WHEREAS, on July 9, 2008, this Court dismissed Plaintiff Meridian Investment

2    Management, Inc.'s ("MIM") initial complaint with leave to amend as set forth in the Court's

3    July 9, 2008 Order;

4    WHEREAS, MIM filed a First Amended Complaint on July 25, 2008;

5    WHEREAS, Meridian Real Estate Investment Company II's ("FUND II") responsive

6    pleading or Rule 12 motion to MIM's First Amended Complaint is due August 21, 2008;

7    The Initial Case Management Conference (CMC) shall be continued to sixty (60) days

8    after FUND II files an answer and that the other deadlines in the May 20, 2008 Order are

9    continued accordingly.

10

11    Dated: August ___, 2008                          Jones Day

12

13                                                     By: /s/ _____
                                                          David C. Kiernan

14                                                     Counsel for Defendant
15                                                     MERIDIAN REAL ESTATE INVESTMENT
                                                       COMPANY II
16

17    Dated: August ___, 2008

18

19                                                     By: /s/ _____
                                                          Douglas A. Applegate
20

21                                                     Counsel for Plaintiff
                                                       MERIDIAN INVESTMENT
22                                                     MANAGEMENT, INC.

23

**IT IS SO ORDERED.**
24

25    Dated: August ___, 2008                          _____
26                                                     The Honorable Maxine M. Chesney
                                                       United States District Judge
27                                                     Northern District of California

28

                                                       Consent Order Regarding Initial Case
                                        - 2 -          Management Conference
                                                       C 08-02542 MMC

**David Kiernan/JonesDay**
Extension 3-5745
08/18/2008 05:14 PM

To   daa@sezalaw.com

cc

bcc

Subject   Fw: Draft Consent Order

Doug:   Please let me know if you have any comments.  Thanks

David C. Kiernan
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Phone (415) 875-5745
Fax (415) 875-5700
----- Forwarded by David Kiernan/JonesDay on 08/18/2008 05:12 PM -----

**David Kiernan/JonesDay**
Extension 3-5745
08/15/2008 02:36 PM

To   daa@sezalaw.com

cc

Subject   Fw: Draft Consent Order

Let me know if you have any comments.  I am going to leave at about 6:00 and would like to get it filed before then.  Thanks much

David C. Kiernan
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Phone (415) 875-5745
Fax (415) 875-5700
----- Forwarded by David Kiernan/JonesDay on 08/15/2008 02:35 PM -----

**David Kiernan/JonesDay**
Extension 3-5745
08/15/2008 10:26 AM

To   daa@sezalaw.com

cc

Subject   Draft Consent Order



SFI_589960_1_Stipulation regarding Initial Case Management Conference.DOC

David C. Kiernan
Jones Day
555 California Street, 26th Floor

**Exhibit 3**

San Francisco, California 94104
Phone (415) 875-5745
Fax (415) 875-5700

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

1  Robert Mittelstaedt (State Bar No. 060359)
   ramittelstaedt@jonesday.com
2  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
3  David C. Kiernan (State Bar No. 215335)
   dkiernan@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:    (415) 626-3939
6  Facsimile:    (415) 875-5700

7  Attorneys for Defendant
   MERIDIAN REAL ESTATE INVESTMENT
8  COMPANY II

9

                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12
   **MERIDIAN INVESTMENT**              **Case No. C 08-02542 MMC**
13 **MANAGEMENT, INC., a Delaware**
   **Corporation**                      **CONSENT ORDER REGARDING**
14                                      **INITIAL CASE MANAGEMENT**
                **Plaintiff,**          **CONFERENCE AND ADR**
15                                      **DEADLINES**
          v.
16
   **MERIDIAN REAL ESTATE**
17 **INVESTMENT COMPANY II, a**
   **Cayman's Island Company**
18
                **Defendant.**
19

20

21      WHEREAS, the Court's May 20, 2008 Order Setting Initial Case Management

22 Conference and ADR Deadlines ("May 20, 2008 Order"), set August 29, 2008 as the last day to

23 file the Rule 26(f) Report, to serve initial disclosures or state objections to serving initial

24 disclosures, and to file a Case Management Statement;

25      WHEREAS, the Court's May 20, 2008 Order set the Initial Case Management Conference

26 for September 5, 2008;

27      WHEREAS, the Court's May 20, 2008 Order provides that "[i]f the Initial Case

28 Management Conference is continued, the other deadlines are continued accordingly";

1    WHEREAS, on July 9, 2008, this Court dismissed Plaintiff Meridian Investment

2    Management, Inc.'s ("MIM") initial complaint with leave to amend as set forth in the Court's

3    July 9, 2008 Order;

4    WHEREAS, MIM filed a First Amended Complaint on July 25, 2008;

5    WHEREAS, Meridian Real Estate Investment Company II's ("FUND II") responsive

6    pleading or Rule 12 motion to MIM's First Amended Complaint is due August 21, 2008;

7    The Initial Case Management Conference (CMC) shall be continued to sixty (60) days

8    after FUND II files an answer and that the other deadlines in the May 20, 2008 Order are

9    continued accordingly.

10

11    Dated: August ___, 2008                    Jones Day

12

13                                              By: /s/_____
                                                     David C. Kiernan

14                                              Counsel for Defendant
15                                              MERIDIAN REAL ESTATE INVESTMENT
                                                COMPANY II

16

17    Dated: August ___, 2008

18

19                                              By: /s/_____
20                                                   Douglas A. Applegate

21                                              Counsel for Plaintiff
                                                MERIDIAN INVESTMENT
22                                              MANAGEMENT, INC.

23

24    **IT IS SO ORDERED.**

25    Dated: August ___, 2008                    _____
26                                              The Honorable Maxine M. Chesney
                                                United States District Judge
27                                              Northern District of California

28

Consent Order Regarding Initial Case
Management Conference
C 08-02542 MMC

**David Kiernan/JonesDay**
Extension 3-5745

08/20/2008 06:55 PM

To  daa@sezalaw.com

cc

bcc

Subject  Fw: Draft Consent Order

Doug:   I still have not received a response from you.  Please let me know if you have any comments.
Thanks

David C. Kiernan
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Phone (415) 875-5745
Fax (415) 875-5700
----- Forwarded by David Kiernan/JonesDay on 08/20/2008 06:54 PM -----

**David Kiernan/JonesDay**
Extension 3-5745

08/18/2008 05:14 PM

To  daa@sezalaw.com

cc

Subject  Fw: Draft Consent Order

Doug:   Please let me know if you have any comments.  Thanks

David C. Kiernan
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Phone (415) 875-5745
Fax (415) 875-5700
----- Forwarded by David Kiernan/JonesDay on 08/18/2008 05:12 PM -----

**David Kiernan/JonesDay**
Extension 3-5745

08/15/2008 02:36 PM

To  daa@sezalaw.com

cc

Subject  Fw: Draft Consent Order

Let me know if you have any comments.  I am going to leave at about 6:00 and would like to get it filed
before then.  Thanks much

David C. Kiernan
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104

**Exhibit 4**

Phone (415) 875-5745
Fax (415) 875-5700
----- Forwarded by David Kiernan/JonesDay on 08/15/2008 02:35 PM -----

**David Kiernan/JonesDay**
Extension 3-5745

08/15/2008 10:26 AM

To   daa@sezalaw.com

cc

Subject   Draft Consent Order



SFI_589960_1_Stipulation regarding Initial Case Management Conference.DOC

David C. Kiernan
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Phone (415) 875-5745
Fax (415) 875-5700

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

1   Robert Mittelstaedt (State Bar No. 060359)
    ramittelstaedt@jonesday.com
2   Shawn Hanson (State Bar No. 109321)
    shanson@jonesday.com
3   David C. Kiernan (State Bar No. 215335)
    dkiernan@jonesday.com
4   JONES DAY
    555 California Street, 26th Floor
5   San Francisco, CA  94104
    Telephone:    (415) 626-3939
6   Facsimile:    (415) 875-5700

7   Attorneys for Defendant
    MERIDIAN REAL ESTATE INVESTMENT
8   COMPANY II

9

                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12

13  **MERIDIAN INVESTMENT**              **Case No. C 08-02542 MMC**
    **MANAGEMENT, INC., a Delaware**
    **Corporation**                      **CONSENT ORDER REGARDING**
14                                        **INITIAL CASE MANAGEMENT**
              **Plaintiff,**              **CONFERENCE AND ADR**
15                                        **DEADLINES**
         **v.**
16
    **MERIDIAN REAL ESTATE**
17  **INVESTMENT COMPANY II, a**
    **Cayman's Island Company**
18
              **Defendant.**
19

20

21          WHEREAS, the Court's May 20, 2008 Order Setting Initial Case Management

22  Conference and ADR Deadlines ("May 20, 2008 Order"), set August 29, 2008 as the last day to

23  file the Rule 26(f) Report, to serve initial disclosures or state objections to serving initial

24  disclosures, and to file a Case Management Statement;

25          WHEREAS, the Court's May 20, 2008 Order set the Initial Case Management Conference

26  for September 5, 2008;

27          WHEREAS, the Court's May 20, 2008 Order provides that "[i]f the Initial Case

28  Management Conference is continued, the other deadlines are continued accordingly";

1       WHEREAS, on July 9, 2008, this Court dismissed Plaintiff Meridian Investment

2  Management, Inc.'s ("MIM") initial complaint with leave to amend as set forth in the Court's

3  July 9, 2008 Order;

4       WHEREAS, MIM filed a First Amended Complaint on July 25, 2008;

5       WHEREAS, Meridian Real Estate Investment Company II's ("FUND II") responsive

6  pleading or Rule 12 motion to MIM's First Amended Complaint is due August 21, 2008;

7       The Initial Case Management Conference (CMC) shall be continued to sixty (60) days

8  after FUND II files an answer and that the other deadlines in the May 20, 2008 Order are

9  continued accordingly.

10

11  Dated: August ___, 2008            Jones Day

12

13                         By: /s/
                              David C. Kiernan

14                       Counsel for Defendant

15                       MERIDIAN REAL ESTATE INVESTMENT
                       COMPANY II

16

17  Dated: August ___, 2008

18

19                         By: /s/
                              Douglas A. Applegate

20

21                       Counsel for Plaintiff
                       MERIDIAN INVESTMENT

22                       MANAGEMENT, INC.

23

24  **IT IS SO ORDERED.**

25  Dated: August ___, 2008

26                       The Honorable Maxine M. Chesney
                       United States District Judge

27                       Northern District of California

28

Consent Order Regarding Initial Case
Management Conference
C 08-02542 MMC



**"Douglas A. Applegate"**
**<daa@sezalaw.com>**

Sent by:
douglas.applegate@gmail.co
m

08/21/2008 02:42 PM

To   "David Kiernan" <dkiernan@jonesday.com>

cc

bcc

Subject   Re: Fw: Draft Consent Order

History:        📨 This message has been replied to.

Since the court took the August 29 CMC off calendar, do we need to do anything else?

I believe that all of the dates, including the Rule 26 disclosures, are triggered by the initial CMC, so I don't believe we have any operative deadlines currently.

Let me know if I am wrong.

Douglas A. Applegate

On Wed, Aug 20, 2008 at 6:55 PM, David Kiernan <dkiernan@jonesday.com> wrote:

Doug:      I still have not received a response from you.  Please let me know if you have any comments.
Thanks


David C. Kiernan
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Phone (415) 875-5745
Fax (415) 875-5700
----- Forwarded by David Kiernan/JonesDay on 08/20/2008 06:54 PM -----

David Kiernan/JonesDay

Extension 3-5745

08/18/2008 05:14 PM

To  daa@sezalaw.com

cc

Subject  Fw: Draft Consent Order


Doug:      Please let me know if you have any comments.  Thanks


David C. Kiernan
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104

**Exhibit 5**

Phone (415) 875-5745
Fax (415) 875-5700

----- Forwarded by David Kiernan/JonesDay on 08/18/2008 05:12 PM -----

David Kiernan/JonesDay
Extension 3-5745

08/15/2008 02:36 PM

To daa@sezalaw.com

cc

Subject Fw: Draft Consent Order

Let me know if you have any comments.  I am going to leave at about 6:00 and would like to get it filed before then.  Thanks much

David C. Kiernan
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Phone (415) 875-5745
Fax (415) 875-5700

----- Forwarded by David Kiernan/JonesDay on 08/15/2008 02:35 PM -----

David Kiernan/JonesDay
Extension 3-5745

08/15/2008 10:26 AM

To daa@sezalaw.com

cc

Subject Draft Consent Order

David C. Kiernan
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Phone (415) 875-5745
Fax (415) 875-5700

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========



--
Seiler Epstein Ziegler & Applegate LLP
101 Montgomery Street, 27th Floor
San Francisco, CA 94104
phone: (415) 979-0500
fax: (415) 979-0511

NOTICE OF CONFIDENTIALITY:

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain confidential information, legally privileged information and attorney client work product. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error please immediately notify me by e-mail or telephone and permanently delete the original and any copy of any e-mail and printout therof. Thank you for your cooperation with respect to this matter.

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO
### 400 MCALLISTER STREET, SAN FRANCISCO, CA 94102

| | |
|---|---|
| MERIDIAN INVESTMENT MANAGEMENT, INC., | **Pretrial Department 212** |
| PLAINTIFF (S) | **Case Management Order** |
| VS. | **NO. CGC-08-473759** |
| MERIDIAN REAL ESTATE INVESTMENT COMPANY II et al | **Order That Hearing is Off Calendar** |
| DEFENDANT (S) | |

TO: ALL COUNSEL AND PARTIES IN PROPRIA PERSONA

The CASE MANAGEMENT CONFERENCE set for AUG-29-2008 is ordered off calendar by the court. Removed.

DATED: AUG-20-2008

ARLENE T. BORICK

JUDGE/COMMISSIONER

Order That Hearing is Off Calendar
Form 000001

**Exhibit 6**

CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, certify that I am an employee of the Superior Court of California, County of San Francisco and not a party to
the above-entitled cause and that on AUG-20-2008 I served the foregoing Order That Hearing is Off Calendar on each counsel of
record or party appearing in propria persona by causing a copy thereof to be enclosed in a postage paid sealed envelope and
deposited in the United States Postal Service mail box located at 400 McAllister Street, San Francisco CA  94102-4514 pursuant
to standard court practice.


Dated :  AUG-20-2008                          By: JEFFREY LEE



ROBERT A. MITTELSTAEDT  (060359)
JONES DAY
555 CALIFORNIA ST 26TH FL
SAN FRANCISCO, CA  941041500


WILLIAM J. ZIEGLER  (041203)
SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
101 MONTGOMERY ST.,
27TH FLOOR
SAN FRANCISCO, CA  94104


ROBERT A. MITTELSTAEDT  (060359)
JONES DAY
555 CALIFORNIA ST 26TH FL
SAN FRANCISCO, CA  941041500

CERTIFICATE OF SERVICE BY MAIL
Form 000001

**David Kiernan/JonesDay**
Extension 3-5745

08/21/2008 03:48 PM

To    "Douglas A. Applegate" <daa@sezalaw.com>

cc

bcc

Subject    Re: Fw: Draft Consent Order

Doug:    The state court, not the federal court, took the case management conference off calendar (see



attached StOrder.pdf ).  Thus, we need to file the stipulation.  Let me know if you have any comments.
Thanks


David C. Kiernan
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Phone (415) 875-5745
Fax (415) 875-5700
"Douglas A. Applegate" <daa@sezalaw.com>

**"Douglas A. Applegate"**
**<daa@sezalaw.com>**

Sent by:
douglas.applegate@gmail.com

08/21/2008 02:42 PM

To    "David Kiernan" <dkiernan@jonesday.com>

cc

Subject    Re: Fw: Draft Consent Order


Since the court took the August 29 CMC off calendar, do we need to do anything else?

I believe that all of the dates, including the Rule 26 disclosures, are triggered by the initial CMC, so I don't believe we have any operative deadlines currently.

Let me know if I am wrong.

Douglas A. Applegate

On Wed, Aug 20, 2008 at 6:55 PM, David Kiernan <dkiernan@jonesday.com> wrote:

Doug:    I still have not received a response from you.  Please let me know if you have any comments.
Thanks


David C. Kiernan
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104

**Exhibit 7**

Phone (415) 875-5745
Fax (415) 875-5700

----- Forwarded by David Kiernan/JonesDay on 08/20/2008 06:54 PM -----

David Kiernan/JonesDay
Extension 3-5745

08/18/2008 05:14 PM

To daa@sezalaw.com
cc
Subject Fw: Draft Consent Order

Doug:    Please let me know if you have any comments.  Thanks

David C. Kiernan
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Phone (415) 875-5745
Fax (415) 875-5700

----- Forwarded by David Kiernan/JonesDay on 08/18/2008 05:12 PM -----

David Kiernan/JonesDay
Extension 3-5745

08/15/2008 02:36 PM

To daa@sezalaw.com
cc
Subject Fw: Draft Consent Order

Let me know if you have any comments.  I am going to leave at about 6:00 and would like to get it filed before then.  Thanks much

David C. Kiernan
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Phone (415) 875-5745
Fax (415) 875-5700

----- Forwarded by David Kiernan/JonesDay on 08/15/2008 02:35 PM -----

David Kiernan/JonesDay
Extension 3-5745

To daa@sezalaw.com

08/15/2008 10:26 AM

cc
Subject Draft Consent Order

David C. Kiernan
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Phone (415) 875-5745
Fax (415) 875-5700
==========
This e-mail (including any attachments) may contain information that is private, confidential, or
protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from
your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

==========
This e-mail (including any attachments) may contain information that is private, confidential, or
protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from
your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

==========
This e-mail (including any attachments) may contain information that is private, confidential, or
protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from
your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

==========
This e-mail (including any attachments) may contain information that is private, confidential, or
protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from
your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

--

Seiler Epstein Ziegler & Applegate LLP
101 Montgomery Street, 27th Floor
San Francisco, CA 94104
phone: (415) 979-0500
fax: (415) 979-0511

NOTICE OF CONFIDENTIALITY:

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain confidential information, legally privileged information and attorney client work product. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error please immediately notify me by e-mail or telephone and permanently delete the original and any copy of any e-mail and printout therof. Thank you for your cooperation with respect to this matter.

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO
400 MCALLISTER STREET, SAN FRANCISCO, CA 94102

|  |  |
|---|---|
| MERIDIAN INVESTMENT MANAGEMENT, INC., | **Pretrial Department 212** **Case Management Order** |
| PLAINTIFF (S) |  |
| VS. | **NO. CGC-08-473759** |
| MERIDIAN REAL ESTATE INVESTMENT COMPANY II et al | **Order That Hearing is Off Calendar** |
| DEFENDANT (S) |  |

TO: ALL COUNSEL AND PARTIES IN PROPRIA PERSONA

The CASE MANAGEMENT CONFERENCE set for AUG-29-2008 is ordered off calendar by the court. Removed.

DATED: AUG-20-2008

ARLENE T. BORICK
_____
JUDGE/COMMISSIONER

Order That Hearing is Off Calendar
Form 000001

CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, certify that I am an employee of the Superior Court of California, County of San Francisco and not a party to the above-entitled cause and that on AUG-20-2008 I served the foregoing Order That Hearing is Off Calendar on each counsel of record or party appearing in propria persona by causing a copy thereof to be enclosed in a postage paid sealed envelope and deposited in the United States Postal Service mail box located at 400 McAllister Street, San Francisco CA  94102-4514 pursuant to standard court practice.


Dated :  AUG-20-2008                          By: JEFFREY LEE



ROBERT A. MITTELSTAEDT  (060359)
JONES DAY
555 CALIFORNIA ST 26TH FL
SAN FRANCISCO, CA  941041500


WILLIAM J. ZIEGLER  (041203)
SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
101 MONTGOMERY ST.,
27TH FLOOR
SAN FRANCISCO, CA  94104













ROBERT A. MITTELSTAEDT  (060359)
JONES DAY
555 CALIFORNIA ST 26TH FL
SAN FRANCISCO, CA  941041500

CERTIFICATE OF SERVICE BY MAIL
Form 000001

| | | | |
|---|---|---|---|
| ·**David Kiernan** /JonesDay | To | daa@sezalaw.com | |
| Extension 3-5745 | cc | wjz@sezalaw.com | |
| 08/08/2008 12:46 PM | bcc | | |
| | Subject | Meridian | |

Doug:      It was nice to finally add up.  This confirms that plaintiff MIM agrees to a ten-day extension of time to respond to MIM's first amended complaint.  We will respond on or before August 21, 2008.

I will call you early next week regarding the ADR process.

Have a great weekend.  David


David C. Kiernan
Jones Day
555 California Street, 26th Floor
San Francisco, California 94104
Phone (415) 875-5745
Fax (415) 875-5700

=========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
=========

**Exhibit 8**