1  Robert Mittelstaedt (State Bar No. 060359)
   ramittelstaedt@jonesday.com
2  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
3  David C. Kiernan (State Bar No. 215335)
   dkiernan@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:     (415) 626-3939
6  Facsimile:     (415) 875-5700

7  Attorneys for Defendant
   MERIDIAN REAL ESTATE INVESTMENT
8  COMPANY II

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| **MERIDIAN INVESTMENT MANAGEMENT, INC.**, a Delaware Corporation<br><br>**Plaintiff,**<br><br>v.<br><br>**MERIDIAN REAL ESTATE INVESTMENT COMPANY II**, a Cayman's Island Company<br><br>**Defendant.** | Case No. C 08-02542 MMC<br><br>~~[PROPOSED]~~ ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
|---|---|

Before this Court is defendant Meridian Real Estate Investment Co. II's ("FUND II") motion to continue the Initial Case Management Conference ("CMC"). No opposition has been filed. Having read and considered the papers filed in support of this motion, the Court rules as follows:

FUND II's motion to continue the Initial Case Management Conference is **GRANTED**. The Initial Case Management Conference currently set for September 5, 2008 is continued to ~~sixty days after this Court's rules on FUND II's motion to dismiss filed on August 21, 2008.~~ October 31, 2008.  A Joint Case Management Statement shall be filed no later than October 24, 2008.

///

///

[Proposed] Order Granting Motion To Continue
Initial CMC
C 08-02542 MMC

- 1 -

1  **IT IS SO ORDERED.**

2

3

4  Dated: August 29, 2008

5                                                          By: _____
                                                                 *[signature: Maxine M. Chesney]*
                                                                 The Honorable Maxine M. Chesney