IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN INVESTMENT MANAGEMENT, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MERIDIAN REAL ESTATE INVESTMENT COMPANY II,<br><br>　　　　Defendant / | No. C 08-2542 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION FOR LETTERS OF REQUEST** |

　　　Pursuant to Civil Local Rule 72-1, plaintiff's "Motion for Letters of Request (Letters Rogatory)," filed April 7, 2009, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

　　　Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

　　　The May 15, 2009 hearing scheduled before the undersigned is VACATED.

　　　**IT IS SO ORDERED**.

Dated: April 8, 2009

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge