IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN INVESTMENT MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MERIDIAN REAL ESTATE INVESTMENT COMPANY II, <br><br> Defendant / | No. C-08-2542 MMC <br><br> **ORDER AMENDING PRETRIAL PREPARATION ORDER** |

Before the Court is the parties' jointly "[Proposed] Amended Pretrial Preparation Order," filed April 9, 2009, by which the parties request the Court continue the remaining pretrial dates and deadlines, as well as the trial date, by ninety days.

The parties have failed to show good cause exists to continue the January 4, 2010 trial date. In light of the parties' having agreed to mutual accommodations regarding discovery, however, the Court will continue the discovery deadlines and the deadline to file dispositive motions for a period consistent with the current trial date.

Accordingly, the Pretrial Preparation Order, filed October 31, 2008, is hereby AMENDED as follows:

1. The non-expert discovery cutoff, as it pertains to discovery directed to third

parties, is extended to July 31, 2009.[1]

2. The deadline to designate experts is extended to August 21, 2009

3. The deadline to designate rebuttal experts is extended to September 4, 2009.

4. The expert discovery cutoff is extended to September 25, 2009.

5. The deadline to file dispositive motions is extended to October 9, 2009; any such motion shall be noticed for hearing no later than November 13, 2009 and shall be briefed and heard in conformity with Civil Local Rule 7-2.

6. The Status Conference is advanced to October 2, 2009 at 10:30 a.m.; a Joint Status Conference Statement shall be filed no later than September 25, 2009.

**IT IS SO ORDERED.**

Dated:  April 21, 2009

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] The parties have agreed to retain the June 1, 2009 deadline to complete non-expert discovery to the extent said deadline pertains to discovery directed to the parties.

2