1  William J. Ziegler (SBN 041203)
   Douglas A. Applegate (SBN 142000)
2  George M. Lee (SBN 172982)
   **SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
3  101 Montgomery Street, 27th Floor
   San Francisco, California 94104
4  Phone:  (415) 979-0500
   Fax:     (415) 979-0511
5
   Attorneys for Plaintiff
6  Meridian Investment Management, Inc.

7                    UNITED STATES DISTRICT COURT

8
9                    NORTHERN DISTRICT OF CALIFORNIA

10  MERIDIAN INVESTMENT                    Case No.  C-08 02542 MMC
11  MANAGEMENT, INC., a Delaware
    Corporation                            [PROPOSED] ORDER GRANTING PLAINTIFF
12                                         MERIDIAN INVESTMENT MANAGEMENT,
                    Plaintiff,             INC.'S MOTION FOR LETTERS OF REQUEST
13                                         (LETTERS ROGATORY) – FRCP 28(b)
              vs.
14                                         Date:     May 15, 2009
    MERIDIAN REAL ESTATE INVESTMENT        Time:     9:00 a.m.
15  COMPANY II, a Cayman Islands company,  Courtroom E, 15th Floor
                                           Judge:    Hon.
16                  Defendant,

17         The motion of plaintiff Meridian Investment Management, Inc. ("plaintiff") for an order

18  issuing Letters of Request (also captioned Letters Rogatory) pursuant to Fed. R. Civ. Pro.

19  28(b) was duly noticed for hearing in the above matter before this court, and thereafter assigned

20  for decision to the Hon. Elizabeth D. LaPorte.  On May 12, 2009, the parties waived any

21  hearing on the motion and defendant stated that it had no objection to the requested order.

22  Plaintiff and moving party was represented by Douglas A. Applegate, plaintiff's counsel of

23  record.  Defendant Meridian Real Estate Investment Company II ("defendant") was represented

24  by David Kiernan, its counsel of record.

25         The court considered all papers submitted in support of the plaintiff's motion, and

26  finding good cause, will hereby ORDER as follows:

27         Plaintiff's motion for the issuance of Letters of Request (Letters Rogatory) to take the

28  depositions of Mr. Mutasem H. Al-Shihabi, and Mr. Loay Jassim Al-Kharafi, through the

*Vertical left margin text:* **SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
Attorneys at Law

1  appropriate judicial authority of the State of Kuwait, is hereby GRANTED.  The court finds

2  that the deposition testimony of these two individuals will likely produce material evidence

3  pending in the instant action, or is reasonably calculated to lead to the discovery of admissible

4  evidence.  Issuance of Letters of Request is authorized and appropriate under FRCP 28(b), and

5  the principle of the comity of nations.

6       WHEREFORE, the court will and hereby does issue the Letters of Request, attached to

7  this Order as **Exhibit A**, and hereby ORDERS that such Letters be transmitted to the

8  appropriate judicial authority of the State of Kuwait.  Plaintiff shall cause the letters of request

9  to be issued through the appropriate channels, and be authenticated and translated as required

10  by 28 U.S.C. § 1781, with translation into Arabic, and plaintiff will comply with any other

11  requirements of the State Department for submission and transmittal to the State of Kuwait,

12  Ministry of Justice.

13       The depositions shall take place on a date and time mutually agreeable to the parties,

14  their counsel and the witnesses.

15

16  Dated: __ May 12, 2009 _____

17  HONORABLE
   United



Judge Elizabeth D. Laporte

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ISSUANCE OF LETTERS OF REQUEST
CASE NO. C 08-02542 MMC

**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
Attorneys at Law