```
 1  William J. Ziegler (SBN 041203)
    Douglas A. Applegate (SBN 142000)
 2  George M. Lee (SBN 172982)
    SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
 3  101 Montgomery Street, 27th Floor
    San Francisco, California 94104
 4  Phone:  (415) 979-0500
    Fax:    (415) 979-0511
 5
    Attorneys for Plaintiff
 6  Meridian Investment Management, Inc.

 7

 8                          UNITED STATES DISTRICT COURT

 9                        NORTHERN DISTRICT OF CALIFORNIA

10

11  MERIDIAN INVESTMENT                      Case No.  C 08-02542 MMC (EDL)
    MANAGEMENT, INC., a Delaware
12  Corporation                              STIPULATION FOR DISMISSAL
                                             OF ACTION WITH MUTUAL WAIVER
13              Plaintiff,                   OF FEES AND COSTS; [PROPOSED]
            vs.                              ORDER
14
    MERIDIAN REAL ESTATE INVESTMENT
15  COMPANY II, a Cayman Islands company;
    and DOES 1 through 10, inclusive,
16
                Defendants,
17

18      IT IS HEREBY STIPULATED by and between the parties to this action through their

19  designated counsel that the above-captioned action be and hereby is dismissed with prejudice

20  pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party waives any

21  recovery of fees or costs.  WHEREFORE, the parties respectfully request that this Court sign

22  and enter the following Stipulated Order of Dismissal with Prejudice.

23      Dated: June 13, 2009

24  SEILER EPSTEIN ZIEGLER & APPLEGATE LLP    JONES DAY

25

26  By: /s/                                   By: /s/
        Douglas A. Applegate                       David C. Kiernan
27
    Attorneys for Plaintiff                   Attorneys for Defendant
28  Meridian Investment Management, Inc.      Meridian Real Estate Investment Company II
```

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and with the consent of all parties who have appeared in the action, as evidenced by the filing of the foregoing Stipulation for Dismissal of Action With Mutual Wavier of Fees and Costs, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, with each party waiving any recovery of fees or costs.

Dated: June 16, 2009

By: _____
The Honorable Maxine M. Chesney
United States District Judge
Northern District of California